NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-941

DAVID JOYNOR

VERSUS

COUNTRY LIVING MOBILE HOMES, INC.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 212,011
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

**********

BILLY H. EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, Jimmie C. Peters, Marc T. Amy, and Billy Howard Ezell, Judges.

Saunders, J. dissents in part and assigns written reasons.

Amy, J., concurs in part, dissents in part, and would affirm the trial court's judgment in full.

AFFIRMED IN PART, REVERSED IN PART, AND RENDERED.

Willard Trichel Armitage, Jr.
Attorney at Law
P. O. Box 342
Alexandria, LA 71309-0342
(318) 445-3127
Counsel for: Plaintiff/Appellee
David Joynor

**Gregory Lynn Jones**
**Attorney at Law**
**P. O. Box 4478**
**Pineville, LA 71361**
**(318) 448-4040**
**Counsel for: Defendant/Appellant**
**Country Living Mobile Homes, Inc.**